UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Timothy McGuire and James Lee
Joseph Ryan,

    Plaintiffs,

v.                                                                                    Case No. 05-40185

Royal Oak Police Sgt. Douglas Warner,            Honorable Sean F. Cox
*et al.,*

    Defendants.
_____/

## ORDER REGARDING REMAINING MOTIONS IN LIMINE

    This matter is currently before the Court on several motions in limine filed by the parties. The Court previously ruled on several motions in limine in written orders. The Court heard oral argument on the remaining motions in limine on August 4, 2009. For the reasons stated on the record on August 4, 2009, IT IS ORDERED that:

1)    Plaintiffs' request to preclude evidence of Plaintiff McGuire's prior arrest record (raised in Docket Entry No. 107) is DENIED WITHOUT PREJUDICE;

2)    Plaintiffs' request to preclude police reports (raised in Docket Entry No. 107) is DENIED WITHOUT PREJUDICE;

3)    Plaintiffs' request to preclude the written statement of Defendant Gale from being introduced as substantive evidence (raised in Docket Entry No. 107) is GRANTED WITHOUT PREJUDICE;

4)    Plaintiffs' request to preclude arguments regarding governmental immunity and qualified immunity (raised in Docket Entry No. 107) is DENIED WITHOUT PREJUDICE;

5) Defendants' motion to preclude polygraph evidence (Docket Entry No. 113) is GRANTED WITHOUT PREJUDICE; and

6) Plaintiffs' request to preclude certain testimony from Timothy Renaud (Docket Entry No. 115) is DENIED WITHOUT PREJUDICE.

IT IS SO ORDERED.

S/Sean F. Cox
Sean F. Cox
United States District Judge

Dated: August 4, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 4, 2009, by electronic and/or ordinary mail.

S/Jennifer Hernandez
Case Manager