UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Timothy Daniel McGuire, *et al.*,

    Plaintiffs,

v.                                                      Case No. 05-40185

Royal Oak Police Sgt. Douglas Warner, *et al.*,        Honorable Sean F. Cox

    Defendants.

_____/

## **MEMORANDUM ORDER- JENNIFER HERNANDEZ**

During the course of an evidentiary hearing on November 12, 2009, Defense Counsel sought to call this Court's Docket Manager, Ms. Jennifer Hernandez, as a witness at the hearing.

As a preliminary matter, as stated on the record on November 12, 2009, it does not appear that Ms. Hernandez was properly served.[1]

When asked to identify what personal knowledge Ms. Hernandez possibly has of any disputed issue, Defense Counsel indicated that he wished to call Ms. Hernandez to have her testify that, during the course of settlement negotiations on the morning of August 19, 2009, Mr. Seward stated to Ms. Hernandez that he wished to speak with the Court after observing Plaintiffs and/or their family members speaking with a member of the press.  Mr. Seward further indicated he wished Ms. Hernandez to testify as to Mr. Seward's "upsetedness" when he made that

---

[1] FED. R. CIV. P. 45 (b)(1) provides that a subpoena requiring a person's attendance must be served along with the appropriate witness fee.  Ms. Hernandez was approached by Defendants' process server in this Court's chambers on November 2, 2009, and was handed a subpoena to appear in this Court on November 12, 2009, along with a $40.00 check made payable to "Hon. Sean F. Cox."  (*See* Ex. A to this Order, Original Copy in Vault).

request. Plaintiffs' Counsel then stated that Plaintiffs do not dispute those facts. Thus, Ms. Hernandez is not alleged to have any personal knowledge of any disputed facts in this matter.

Moreover, assuming *arguendo* that the above facts were disputed, Mr. Seward was able to testify to any requests he made on August 19, 2009, and whether or not he was upset when he made such requests.

Accordingly, pursuant to FED. R. EVID. 611, the Court concludes that any testimony by Ms. Hernandez would be irrelevant to the disputed issues in this matter and would be unnecessarily cumulative. The Court therefore DENIED Defendants' request to call Ms. Hernandez as a witness at the evidentiary hearing.

S/Sean F. Cox
Sean F. Cox
United States District Judge

Dated: November 17, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 17, 2009, by electronic and/or ordinary mail.

S/Jennifer Hernandez
Case Manager

# UNITED STATES DISTRICT COURT
## Eastern District of Michigan
### Subpoena In A Civil Case

Timothy Daniel McGuire and James Lee Joseph Ryan
**V.**
Officer Douglas Warner, et al.

Case Number:[1]  05-CV-40185

TO:  JENNIFER HERNANDEZ
U.S. District Court
257 T. Levin U.S. Courthouse (Judge Cox's courtroom)
Detroit, MI 48226

[X] YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| United States District Court<br>T. Levin U.S. Courthouse<br>231 West Lafayette<br>Detroit, MI 48226 | #252 - Judge Sean F. Cox |
| | DATE AND TIME |
| | THURSDAY, NOVEMBER 12, 2009<br>at 9:00 AM |

[ ] YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

[ ] YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

[ ] YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| T. Joseph Seward - Attorney for Defendants | November 2, 2009 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
33900 Schoolcraft
Livonia, MI 48150   phone: (734) 261-2400

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

