UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Timothy Daniel McGuire, *et al.*,

    Plaintiffs,

v.                                              Honorable Sean F. Cox

Royal Oak Police Sgt. Douglas           Case No. 05-40185
Warner, *et al.*,

    Defendants.
_____/

## **CONSENT JUDGMENT - IN FAVOR OF TIMOTHY MCGUIRE**

      As stated in Opinion & Order issued this date, in accordance with a settlement agreement reached on August 19, 2009,

      **IT IS ORDERED AND ADJUDGED** that Judgment is entered in favor of Plaintiff Timothy McGuire against Defendant Douglas Warner, Defendant Barry Gale, the City of Royal Oak, and the Michigan Municipal Risk Management Authority, jointly and severally, in the amount of $350,000.00.

                                                    S/Sean F. Cox
                                                    Sean F. Cox
                                                    United States District Judge

Dated: November 25, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 25, 2009, by electronic and/or ordinary mail.

                                                      S/Jennifer Hernandez
                                                      Case Manager