UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Timothy McGuire and James Lee
Joseph Ryan,

    Plaintiffs,

v.                                                              Case No. 05-40185

Royal Oak Police Sgt. Douglas Warner,          Honorable Sean F. Cox
*et al.,*

    Defendants.
_____/

## ORDER GRANTING MOTION TO INTERVENE

On January 8, 2010, the Michigan Municipal Risk Management Authority ("MMRMA") filed a motion seeking to intervene in this action. (Docket Entry No. 259). The MMRMA states that it seeks to intervene in this action so that it can challenge the consent judgments issued against it in this action. On January 12, 2010, Plaintiffs filed a brief stating that "Plaintiffs have no objections to MMRMA's intervention." Having reviewed the Motion to Intervene, and Plaintiffs' response to same, the Court hereby **GRANTS** the Motion to Intervene.

    **IT IS SO ORDERED.**

                                            S/Sean F. Cox
                                            Sean F. Cox
                                            United States District Judge

Dated: January 12, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 12, 2010, by electronic and/or ordinary mail.

                                            S/Jennifer Hernandez
                                            Case Manager